**FILED**
MAR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR958-JAH |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| FRANCISCO JAVIER G. DURAN-VELARDE, | |
| Defendant. | |

The United States Attorney charges:

On or about March 2, 2008, within the Southern District of California, defendant FRANCISCO JAVIER G. DURAN-VELARDE, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 75.20 kilograms (165.44 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>March 28, 2008</u>.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:psd:Imperial
3/27/08